**RECEIVED**

SEP - 6 2011

TONY R. MOORE, CLERK
BY_____
    DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| **PROPHETE ALEXIS** | * | **CIVIL ACTION NO. 11-0309** |
| **VERSUS** | * | **JUDGE DONALD E. WALTER** |
| **JOHN SMITH (WARDEN), ET AL.** | * | **MAG. JUDGE KAREN L. HAYES** |

## J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Petitioner's Petition for Writ of *Habeas Corpus* be **GRANTED and that he be RELEASED from custody under reasonable restrictions, pending removal**.

THUS DONE AND SIGNED this \_\_\_\_ day of \_\_\_\_September\_\_\_\_ 2011 in Monroe, Louisiana.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE